AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

RANDAL N. WIIDEMAN,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:10-cv-00379-ECR-VPC**

DAVID HOMAN, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.


  September 7, 2010                               **LANCE S. WILSON**
                                                                   Clerk


                                                               /s/ Katie Lynn Ogden
                                                                  Deputy Clerk